# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. |
| VERSUS | 98-43-SDD-EWD |
| PAUL J. DIEZ | |

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on January 23, 2018.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. |
| VERSUS | 98-43-SDD-EWD |
| PAUL J. DIEZ | |

## REPORT AND RECOMMENDATION

A preliminary revocation hearing was conducted in this matter on September 6, 2017. At the hearing, the government made an oral motion for a mental competency hearing under 18 U.S.C. § 4241. After the presentation of evidence, the court granted the government's motion for a mental competency hearing under 18 U.S.C. § 4241(a) upon finding there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, defendant was committed to a facility to be examined by a qualified psychiatrist of psychologist, who was to submit a written report of his or her findings, pursuant to 18 U.S.C. § 4247(c).[1] The mental health evaluation was completed, as ordered, and the written report transmitted to the court.[2] The undersigned **RECOMMENDS** that defendant, Paul J. Diez, be found competent to proceed with the revocation hearing in this matter. To the extent this recommendation is adopted, the defendant has stipulated to a finding of probable cause that he violated the conditions of his supervised release, as set forth in the Petition for Warrant or Summons for Offender Under Supervision, such that a final revocation hearing should be set.

---

[1] R. Doc. 35.
[2] R. Doc. 37.

I.      **Background**

On August 2, 2017, United States Magistrate Judge Richard L. Bourgeois, Jr., issued a warrant for the arrest of defendant, Paul Diez, based upon a finding of probable cause to believe Mr. Diez had violated the conditions of his supervised release, as set forth in a Petition for Warrant or Summons for Offender Under Supervision.[3] Counsel was appointed to represent Mr. Diez and a preliminary revocation hearing was conducted before the undersigned on August 25, 2017. Mr. Diez moved for a continuance of the August 25, 2017 hearing, which motion was granted for good cause and the hearing scheduled for August 31, 2017.[4] On August 31, 2017, Mr. Diez moved for an additional continuance, which was again granted for good cause and the hearing rescheduled to September 6, 2017.[5]

At the September 6, 2017 hearing, the government made an oral motion for a mental competency hearing under 18 U.S.C. § 4241. The government presented testimony of Mr. Diez's probation officer, Deon Johnson, regarding Mr. Diez's mental state. Based upon the evidence provided, the undersigned granted the government's motion upon finding there is reasonable cause to believe that Mr. Diez may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, Mr. Diez was committed to a facility to be examined by a qualified psychiatrist of psychologist, who was to submit a written report of his or her findings, pursuant to 18 U.S.C. § 4247(c).[6] The mental health evaluation was completed, as ordered, and the written report transmitted to the court.[7] Upon receipt of the report,

---

[3] R. Doc. 23.
[4] R. Doc. 29.
[5] R. Doc. 32.
[6] R. Doc. 35.
[7] R. Doc. 37.

a Notice to Counsel was issued advising that the report had been received and that a mental competency hearing needed to be scheduled to address the findings contained in the report.[8] The mental competency hearing was conducted before the undersigned on January 16, 2018. Neither party objected to the findings contained in the report, which concluded that Mr. Diez is not currently suffering from a mental disease or defect rendering him unable to under the nature and consequences of the proceedings against him or to properly assist in his defense. Mr. Diez further entered a conditional stipulation to probable cause to believe he violated the conditions of his supervised release, as set forth in the Petition for Warrant or Summons for Offender Under Supervisions, such that, should the district judge agree that he is competent to proceed with the revocation hearing, a final revocation hearing should be scheduled.[9]

## II.   Conclusion and Recommendations

Based upon the opinion and recommendation issued by the forensic evaluator, Dr. Lisa Bellah, and the agreement of the parties, the undersigned **RECOMMENDS** that defendant, Paul J. Diez, be found competent to proceed with the revocation hearing pursuant to 18 U.S.C. § 4241 because he does not appear to be currently suffering from a mental disease or defect rendering him unable to under the nature and consequences of the proceedings against him or to properly assist in his defense. The undersigned further **RECOMMENDS** that, if this recommendation is adopted, Mr. Diez's stipulation of probable cause be accepted and that a final revocation hearing be scheduled.

Signed in Baton Rouge, Louisiana, on January 23, 2018.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[8] R. Doc. 38.
[9] R. Doc. 40.

4