UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

PAUL J. DIEZ

CRIMINAL ACTION

98-43-SDD-EWD

### RULING

The Court, after carefully considering the *Indictment*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated January 23, 2018, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Defendant, Paul J. Diez, is found to be competent to proceed with the revocation hearing set for 2/28/2018 at 2:30 p.m., pursuant to 18 U.S.C. § 4241, because he does not appear to be currently suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense.

Baton Rouge, Louisiana the 26 day of February, 2018.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 42.